## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## WESTERN DIVISION

**FREDERICK BANKS, #05711-068**                                    **PLAINTIFF**

**VERSUS**                              **CIVIL ACTION NO. 5:08-cv-281-DCB-MTP**

**U.S. POSTMASTER YAZOO CITY, et al.**                          **DEFENDANTS**

### FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to

the Order issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby,

dismissed without prejudice, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

This the __23rd____ day of February, 2009.


_____s/ David Bramlette_____
UNITED STATES DISTRICT JUDGE